UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STACEY FOUNTAIN, | Civil No. 6:21-CV-00465-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the stipulation between the parties it is hereby ORDERED that this case be reversed and remanded for further administrative proceedings for the administrative law judge (ALJ) to issue a new decision. Upon remand, the Appeals Council will instruct the ALJ to further develop the record and:

• reevaluate Plaintiff's subjective complaints;

• reevaluate Plaintiff's maximum physical and mental residual functional capacity;

• proceed with the remaining steps of the sequential evaluation process and obtain vocational evidence and resolve any conflicts, as necessary; and

• offer Plaintiff the opportunity for a hearing and take any further action needed to complete the administrative record and issue a new decision.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff shall be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 18th day of May, 2022.

s/ Michael J. McShane
Michael J. McShane
United States District Judge